IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KIMBERLY KENDALL,

    Petitioner,                    CASE NO. 2:09-CV-126
                                    JUDGE GREGORY L. FROST
v.                                     Magistrate Judge E. A. Preston Deavers

WARDEN, ROSS CORRECTIONAL
INSTITUTION,

    Respondent.

## OPINION AND ORDER

On February 8, 2011, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. Doc. 17. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and the Court granted Petitioner's request for an extension of time to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED.** This action is hereby **DISMISSED.**

    **IT IS SO ORDERED**.

                                                                  /s/   Gregory L. Frost
                                                             GREGORY L. FROST
                                                             United States District Judge